IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE RIVERS LEVEE IMPROVEMENT AUTHORITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOGA S. MANN AND RIKKI A.K. MANN; UNITED STATES OF AMERICA; et al.,<br><br>　　　　Defendants. | Case No. 2:07-CV-01355-LEW-EFB<br><br><br>ORDER REMANDING CASE BACK TO SUPERIOR COURT |

　　　Pursuant to the foregoing stipulation, and for good cause, this case if remanded back to Superior Court, with the parties bearing their own fees and costs. Pursuant to 28 U.S.C. § 1447(c), a certified copy of this order of remand shall be mailed by the Clerk of this Court to the clerk of the Superior Court; and the Superior Court may thereupon proceed with this case.

DATED: July 25, 2007

　　　　　　　　　　　　　　　　　*Ronald S.W. Lew*
　　　　　　　　　　　　　　　　　HONORABLE RONALD S.W. LEW
　　　　　　　　　　　　　　　　　Senior, U.S. District Court Judge

1